**DISMISS; and Opinion Filed February 20, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-18-01434-CR**

**LAUREN MARIE JAEGER, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-1363**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Nowell
Opinion by Justice Osborne

Before the Court is appellant's February 11, 2019 motion to withdraw the notice of appeal.

The motion is signed by appellant and her counsel. We grant the motion. *See* TEX. R. APP. P. 42.2(a).

We dismiss this appeal.

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

181434F.U05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

LAUREN MARIE JAEGER, Appellant

No. 05-18-01434-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law, Rockwall County, Texas
Trial Court Cause No. CR17-1363.
Opinion delivered by Justice Osborne,
Justices Myers and Nowell participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered this 20th day of February, 2019.